GREGORY J. DUKELLIS, ESQ. (SBN 155898)
TODD W. BLISCHKE, ESQ. (SBN 204680)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
(949) 852-6700
Fax: (949) 261-0771

Attorneys for Defendant FEDEX
GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT, SACRAMENTO DIVISION

| | |
|---|---|
| A. TEICHERT & SON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FLINTCO, INC., ET AL.,<br><br>Defendants. | CASE NO. 2:07-CV-00467-LKK-GGH<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>LAWRENCE K. KARLTON<br>COURTROOM 4<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REMAND** |

After consideration of FEDEX' Unopposed Motion to Remand and all pleadings and papers on file in this action, and GOOD CAUSE HAVING BEEN SHOWN, **IT IS ORDERED**:

1.   That FEDEX' Unopposed Motion to Remand is Granted and this matter is hereby remanded back to Superior Court of California, Sacramento County.

DATED: March 30, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO REMAND

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                    )ss.
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2040 Main Street, Suite 300, Irvine, California 92614.

On March 29, 2007, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO REMAND**.

**[X]  BY ELECTRONIC FILING**: the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Robert W. O'Connor, Esq.
Erin K. McDonough, Esq.
McDonough, Holland & Allen, PC
555 Capitol Mall, Ninth Floor
Sacramento, California 95814
(916) 444-3900
Fax: (916) 4444-0707
**Attorneys for A. Teichert & Son, Inc.**

**[X]   (BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Irvine, California and mailed to the following:

Paul A. Lax, Esq.
Lax & Stevens
350 S Grand Avenue, Suite 1550
Los Angeles, CA 90071
(213) 617-1470
Fax: (213) 617-1474
**Attorneys for Flintco, Inc.**

**[X]  (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 30, 2007, at Irvine, California.

_____
Cari A. Remmel

PDF created with pdfFactory trial version www.pdffactory.com

114398

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO REMAND

PDF created with pdfFactory trial version www.pdffactory.com